JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

TODD MARCUS

**DEFENDANTS**

SELECTIVE INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff   Kenai Peninsula
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Sussex
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Steven J. Schatz, Esquire
801 N. Kings Highway, Cherry Hill, NJ 08034
(609)336-5600

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1  U.S. Government
  Plaintiff

❑ 3  Federal Question
  *(U.S. Government Not a Party)*

❑ 2  U.S. Government
  Defendant

☒ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ☒ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | Product Liability | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 340 Marine | ❑ 368 Asbestos Personal Injury Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❑ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❑ 835 Patent - Abbreviated New Drug Application | ❑ 460 Deportation |
| | | | **LABOR** | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle Product Liability | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 360 Other Personal Injury | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | ❑ 362 Personal Injury - Medical Malpractice | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical Leave Act | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | | | | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| | | | ❑ 790 Other Labor Litigation | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 290 All Other Real Property | ❑ 446 Amer. w/Disabilities - Other | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 448 Education | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
❑ 2 Removed from State Court
❑ 3 Remanded from Appellate Court
❑ 4 Reinstated or Reopened
❑ 5 Transferred from Another District *(specify)*
❑ 6 Multidistrict Litigation - Transfer
❑ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. SECTION 1332 - DIVERSITY OF CITIZENSHIP

Brief description of cause:
MOTOR VEHICLE ACCIDENT

## VII. REQUESTED IN COMPLAINT:

❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ❑ Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE   8/30/17

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **TODD MARCUS** | : | **CIVIL ACTION** |
| 14150 Beach Drive | : | |
| Seward, AK 99664 | : | **NO.** |
| **Plaintiff** | : | |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **SELECTIVE INSURANCE** | : | |
| **COMPANY** | : | |
| 40 Wantage Avenue | : | |
| Branchville, NJ 07890 | : | |
| **Defendant** | : | |

## CIVIL ACTION COMPLAINT

### I.      PARTIES

1.      Plaintiff, Todd Marcus is an adult individual residing at 14150 Beach Drive, Seward, AK 99664.

2.      Defendant, Selective Insurance Company of New Jersey, is an insurance company which is authorized to conduct business as an insurance company in the State of New Jersey with a principal place of business located at 40 Wantage Avenue, Branchville, NJ, 07890 and incorporated in the State of New Jersey.

3.      Defendant, Selective Insurance Company of New Jersey, is an insurance corporation licensed to do business in the State of New Jersey.  Defendant has continuous and systematic contacts with the State of New Jersey (within the judicial district of the United States District Court- District of New Jersey, Camden), and writes policies and insures citizens of said state.

## II.   JURISDICTION AND VENUE

4.      The Court has jurisdiction over the lawsuit under 28 U.S.C. Section 1332 because Plaintiff and Defendant are deemed citizens of different states and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5.      Venue is proper in the United States District Court for the District of New Jersey under 28 U.S.C. Section 1391.

## III.   FACTS

6.      On or about March 10, 2015, Plaintiff was the owner and operator of a motor vehicle which, while stopped at a red light on Route 130 at the intersection of Highland Avenue in the Township of Cinnaminson, County of Burlington, Commonwealth of Pennsylvania, was struck in the rear by the vehicle owned and operated by Virginia Gonzalez, thereby causing the collision complained of herein.

7.      As a result of this accident, Plaintiff suffered severe and permanent bodily injury.

8.      At the time of this accident, Virginia had an insurance policy through AAA Insurance Company that provided coverage in the amount of fifteen thousand ($15,000.00) dollars for this loss.

9.      AAA Insurance Company tendered the $15,000.00, which Plaintiff accepted after receiving consent from Defendant to settle the third-party claim.

10.     At the time of the aforesaid accident, Plaintiff was the named insured of a policy of insurance issued by the Defendant under policy number F 5192397 that provided underinsured

motorist benefits in the amount of $100,000.00 per person/$300,000.00 per accident. *See Declaration Sheet attached hereto as Exhibit A.*

11.    Because Virginia Gonzalez did not carry sufficient liability coverage to fully compensate Plaintiff, Plaintiff has asserted a claim against Defendant for underinsured motorist benefits arising out of the aforesaid automobile accident.

**COUNT I – UNDERINSURED MOTORIST BENEFITS**
**TODD MARCUS v. SELECTIVE INSURANCE COMPANY**

12.    Plaintiff, Todd Marcus, hereby incorporates Paragraphs 1-11 as if same were set forth at length herein.

13.    Due to all foregoing, Plaintiff suffered severe, permanent, and disabling personal injuries to the bones, muscles, nerves, tendons, tissues, discs, and blood vessels of his body as well as severe emotional upset, any and all of which are or may be permanent and all of which caused him great physical pain and mental anguish, with respect to the following, including but not limited to: disc herniation at C4-5 and C7-1, aggravation of disc herniation at T12-L1 and L5-S1, annular tear at L5-S1, right L5 radiculopathy, aggravation and exacerbation of prior anterior decompression and fusion surgery, internal injuries of an unknown nature, severe aches, pains, mental anxiety and anguish, severe shock to his entire nervous system, exacerbation of all known and unknown pre-existing medical conditions, if any, and other injuries that will represent a permanent and substantial impairment of Plaintiff's bodily functioning that substantially impairs Plaintiff's ability to perform his daily life activities, and the full extent of which is not yet known.

14.    As a further result of the said accident, Plaintiff has suffered severe pain, mental anguish, humiliation, and embarrassment, and he will continue to suffer same for an indefinite period of time in the future

15.     As a further result of the said accident, Plaintiff has and will probably in the future, be obliged to receive and undergo medical attention, which was or will be reasonable and necessary arising from the aforesaid accident and will otherwise incur various expenditures for the injuries he has suffered.

16.     As a further result of the said accident, Plaintiff has incurred medical expenses that were reasonable, necessary, and causally related to the aforesaid accident as a result of the injuries he sustained in this accident.

17.     As a further result of the said accident, Plaintiff has been unable to attend to his daily chores, duties, and occupations, and he will be unable to do so for an indefinite time in the future, all to his great financial detriment and loss.

18.     As a further result of the said accident, Plaintiff has and will suffer severe loss of his earnings and/or impairment of his earning capacity.

**WHEREFORE**, Plaintiff, Todd Marcus, demands judgment in his favor and against Defendant, Selective Insurance Company, for compensatory damages in excess of seventy five-thousand dollars ($75,000.00) together with interest and costs of suit.

**SCHATZ & STEINBERG, P.C.**

STEVEN J. SCHATZ, ESQUIRE
801 N. Kings Highway
Cherry Hill, NJ 08034
Tel: (609)336-5600
Fax: (215)845-0255
Email: dweitz@thessfirm.com
Attorney for Plaintiff

Dated: 8-25-10